**Scott Brian STEFFLER, Petitioner—Appellant,**

v.

**COW CREEK BAND OF UMPQUA TRIBE OF INDIANS; et al., Respondents—Appellees.**

No. 03–35138.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 16, 2004.

Scott Brian Steffler, Ontario, OR, pro se.

Before: HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

MEMORANDUM **

Scott Brian Steffler appeals pro se from the district court's judgment dismissing his 25 U.S.C. § 1303 petition for lack of jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

Steffler contends that the district court erred by dismissing his petition for lack of jurisdiction because the Cow Creek Band Board of Directors unlawfully caused him to be subjected to Oregon state criminal proceedings. We are not persuaded.

A person must be detained in some way by tribal authority to invoke subject matter jurisdiction under 25 U.S.C. § 1303. *Moore v. Nelson,* 270 F.3d 789, 790 (9th Cir.2001). Because Steffler was detained only by Oregon state authorities, and because the record does not reveal that the tribe acted in any way to cause the detention, we conclude that the district court did not err in dismissing Steffler's petition for lack of jurisdiction.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.